CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JAN 18 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM J. MATHIAS, JR., <br> Plaintiff, | ) <br> ) Civil Action No. 7:08-cv-00006 <br> ) |
| v. | ) FINAL ORDER <br> ) |
| WILLIAM BILL MATHIAS, <br> SR., et al., <br> Defendants. | ) <br> ) By: Hon. Jackson L. Kiser <br> ) Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1); any pending motions are hereby **DENIED** as **MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 18th day of January, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge